# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED** JUN 08 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

2021 MAY 28 A 11: 35

| | |
|---|---|
| United States of America<br>v.<br><br>FOUAD SAEED ABDULKADIR<br>*Defendant* | )<br>)<br>) Case No. **1:21CR377**<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FOUAD SAEED ABDULKADIR,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 641 (Theft of Public Money)

Title 18, United States Code, Section 1028A (Aggravated Identity Theft)

Title 18, United States Code, Section 1343 (Wire Fraud)

Date: 05/27/2021

*Issuing officer's signature*

City and state: Cleveland, Ohio

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/28/21, and the person was arrested on *(date)* 6/1/21
at *(city and state)* Cleveland, OH.

Date: 6/1/21

*Arresting officer's signature*

L. Conyers / USMS
*Printed name and title*