# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-377 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OPINION |
| FOUAD SAEED ABDULKADIR, | ) | AND ORDER |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the motion of defendant Fouad Saeed Abdulkadir ("Abdulkadir") for medical and psychological treatment. (Doc. No. 104 (Motion).) Abdulkadir is currently detained at the Northeast Ohio Correctional Center (NEOCC) pending sentencing, which is set for April 3, 2024. Abdulkadir claims that he has requested, but has not received, medical and psychological attention while at NEOCC. (Doc. No. 104, at 1.) He states that he "suffers from severe pain and discomfort in his ankles, knees, shoulders and back, relating to pre-existing injuries" and, in terms of mental health issues, has anxiety, depression, and ADHD. (*Id.*)

In response to Abdulkadir's motion, the Court directed the U.S. Marshals Service to inquire into the medical care he has received at NEOCC. The results of that inquiry belie Abdulkadir's allegations. (Doc. No. 109 (Summary Report) (Sealed).)[1] According to the information provided, Abdulkadir has been seen by medical staff at NEOCC on numerous occasions. Specifically, Abdulkadir received an initial medical intake on December 15, 2023, and an initial health appraisal

---

[1] The Summary Report was made available to counsel.

on December 27, 2023. He also had a mental health appointment in January 2024.[2] (*Id*. at 1.) Furthermore, seven days before Abdulkadir filed the motion for medical treatment (January 12, 2024), he was seen by medical staff at NEOCC for a sick call appointment, and a course of treatment was determined for his symptoms. (*Id*.) He returned to the medical unit for a follow up appointment four days later (January 16, 2024) and his treatment plan was revised. (*Id*.)

Abdulkadir also asserts that while he suffers from anxiety, depression, and ADHD, he is only receiving medication for depression. (Doc. No. 104, at 1.) But he has not substantiated his diagnoses of anxiety and ADHD. Moreover, the Summary Report indicates that Abdulkadir was on "quite a few" medications when he first arrived at NEOCC. Upon review by NEOCC medical staff, each of these medications was continued and several new medications were added. (Doc. No. 109, at 1.)

In sum, it appears that Abdulkadir's physical and mental health needs are being adequately addressed by the medical staff at NEOCC. Accordingly, his motion for medical treatment (Doc. No. 104) is DENIED.

**IT IS SO ORDERED**.

Dated: February 29, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HONORABLE SARA LIOI**
　　　　　　　　　　　　　　　　　　　　**CHIEF JUDGE**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

---

[2] The report further provides that an initial dental appointment was made on his behalf but Abdulkadir failed to attend. (*Id*.)