# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO:   1:21CR377 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | JUDGE LIOI |
| vs. | ) | |
| | ) | |
| FOUAD SAEED ABDULKADIR | ) | **WITNESS LIST FOR SENTENCING** |
| | ) | **HEARING** |
| **Defendant.** | ) | |

Defendant respectfully submits the attached witness list for his sentencing hearing:

1)   Jehan Helmi - character witness for the defense.

2)   Nader Mathkour - character witness for the defense.

Respectfully submitted,

s/ Gregory S. Robey
GREGORY SCOTT ROBEY, #0055746
Robey & Robey
Counsel for Defendant
14402 Granger Road
Cleveland, Ohio 44137
(216) 581-8200
(216) 581-2822 fax
robeylaw@aol.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically using the ECF System.

s/Gregory S. Robey
GREGORY SCOTT ROBEY