# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-377 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| FOUAD SAEED ABDULKADIR, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the motion to vacate, set aside, or correct defendant's sentence (Doc. No. 134) is denied. Further, for the same reasons, the Court concludes that "jurists of reason" would not find it "debatable whether the petition states a valid claim of the denial of a constitutional right" or that the Court's findings that the claims are either waived, forfeited, procedurally defaulted, or alluded to in a perfunctory manner, thus precluding further review, are "correct[.]" *See Slack v. McDaniel*, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000). Additionally, the Court finds that the claims are otherwise belied by the record such that "reasonable jurists" would not debate the Court's denial of the motion to vacate. *See Slack*, 529 U.S. at 484. Accordingly, the Court certifies that an appeal from this decision could not be taken in good faith, and that there is no basis upon

which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

Dated: November 10, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**